UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IAN PALMER,

                           Plaintiff,

                           19 civ 11169 (JGK)

-against-

VIBRANALYSIS, INC., et al.,

                           Defendants.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC# _____
DATE FILED: 3-10-20

## ORDER

The matter has been selected for mediation.

The parties shall advise the Court on the status of this case within seven (7) days after the conclusion of the mediation. All conferences are adjourned pending the outcome of mediation.

**SO ORDERED.**

                                                    **JOHN G. KOELTL**
                                          **UNITED STATES DISTRICT JUDGE**

Dated: New York, New York
           March 9, 2020